DOUGLAS and RESNICK, JJ., concur in judgment and in paragraph one of the syllabus but dissent to paragraph two of the syllabus.

COOK, J., concurs in judgment only.

---

*Victor V. Vigluicci,* Portage County Prosecuting Attorney, and *Kelli K. Norman,* Assistant Prosecuting Attorney, for appellant.

*S. Kim Kohli,* for appellee.

---

IN RE WEST.

**[Cite as *In re West* (2001), 92 Ohio St.3d 82.]**

(No. 00–1607—Submitted May 30, 2001—Decided June 20, 2001.)

---

The judgment of the court of appeals is affirmed on the authority of *In re Anderson* (2001), 92 Ohio St.3d 63, 748 N.E.2d 67.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

*David H. Bodiker,* State Public Defender, and *Felice Harris,* Assistant State Public Defender, for appellant.